UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-284 (DWF/SER)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | |
| ) | DEFENDANT'S MOTION |
| v. ) | TO DISMISS THE INDICTMENT |
| ) | |
| THOMAS ROBERT PAGE, ) | |
| ) | |
| Defendant. ) | |

      The Indictment alleges that Thomas Robert Page engaged sexual conduct with minors in Yaoundé, Cameroon between 2007 and through 2010. Based on the allegations, he is charged in a three-count Indictment with engaging in Illicit Sexual Conduct in Foreign Places pursuant to 18 U.S.C. § 2423(c) with Minor A, Minor B and Minor C.

      Pursuant to Fed. R. Crim. P. 12(b), Mr. Page moves to dismiss the Indictment, which includes at least these fatal defects: (1) under the applicable statute, venue in this State and district is improper; (2) as applied to the case at hand, the charges levied in the Indictment exceed congressional authority to assert extraterritorial reach and violate the Fifth Amendment's Due Process Clause; and (3) as applied to the case at hand, the charges exceed congressional authority pursuant to the Foreign Commerce Clause.

      A memorandum in support of this motion will be filed separately.

Dated:   January 6, 2016          Respectfully submitted,

*s/ Andrew H. Mohring*
_____
ANDREW H. MOHRING
Attorney ID No. 190731

MANNY K. ATWAL
Attorney ID No. 282029

Attorneys for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415