# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

       Plaintiff,

v.

Thomas Robert Page,

       Defendant(s)

## COURT MINUTES
BEFORE:  Steven E. Rau
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 15cr284 (DWF/SER) |
| Date: | January 20, 2016 |
| Court Reporter: | Staci Heichert |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 9:27 a.m. |
| Time Concluded: | 4:09 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 6 Hours & 42 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff:  Manda Sertich, Assistant U.S. Attorney
For Defendant Thomas Robert Page:  Andrew Mohring, Manvir Atwal, FPD

WITHDRAWN MOTIONS:  N/A

Deft(s). addtl briefs due:  **February 17, 2016**   Govt. addl briefs due:  **March 2, 2016**

Non-Dispositive motions taken under advisement as of today:  **18, 30, 32, 33, 35, 37, 39**
Dispositive motions taken under advisement as of **1/21/2016: 44**
Dispositive motions taken under advisement as of **3/2/2016**:  **40, 41, 42, 45**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court    ☐ Exhibits returned to counsel    ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction Due Date: 5/2/2016
Trial Date: 5/16/2016 at 9:00 a.m. Before: Judge Frank  Crtrm: 7C, St. Paul
Status Conference Date: TBD  at TBD  Before: Judge Franks  Crtrm: 7C, St. Paul

Additional Information:

The Court received five exhibits, and heard testimony from six witnesses; see separate Exhibit & Witness List.

Defendant orally moved for production of rough notes of certain witnesses. The parties will provide supplemental briefing in accordance with the schedule above on this matter.

The Court will only address those issues identified and supported by the parties in their supplemental briefing.

s/Ellen M. Ahrens
Signature of Law Clerk
