✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| United States<br>v.<br>Thomas Robert Page | **EXHIBIT & WITNESS LIST**<br><br>Case No. 15cr284 (DWF/SER) |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Magistrate Judge Steven E. Rau | Manda M. Sertich | Andrew Mohring and Manvir Atwal |
| **HEARING DATE(S)**<br>January 20, 2016 | **COURT REPORTER**<br>Staci Heichert | **COURTROOM DEPUTY**<br>Ellen M. Ahrens |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 1/20/2016 | X | X | Facebook search warrant |
| X |   | 1/20/2016 |   |   | Special Agent Summer Jones |
| 2 |   | 1/20/2016 | X | X | Statement of Rights (Bates No. 12). |
| X |   | 1/20/2016 |   |   | Philip Folkemer |
| X |   | 1/20/2016 |   |   | Special Agent Sean Lafaurie |
|   | 1 | 1/20/2016 | X | X | Page's Resume |
| X |   | 1/20/2016 |   |   | CBP Officer George Fuentes |
| X |   | 1/20/2016 |   |   | Special Agent Michael Nagle |
| X |   | 1/20/2016 |   |   | Task Force Officer Cameron Smith |
| 3 |   | 1/20/2016 | X | X | CD – Recorded interview with Task Force Officer Cameron Smith and Page |
| 4 |   | 1/20/2016 | X | X | Miranda Statement Form |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size