# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 15-284 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Thomas Robert Page, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated February 2, 2016.  (Doc. No. 56.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Hildy Bowbeer's February 2, 2016 Report and Recommendation (Doc. No. [56]) is **ADOPTED**.

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [44]) is **DENIED**.

Dated: March 9, 2016      <u>s/Donovan W. Frank</u>
DONOVAN W. FRANK
United States District Judge