# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No:   CR 15-284  DWF/SER |
| Thomas Robert Page, | Date:   December 21, 2016 |
| Defendant. | Court Reporter:   Jeanne Anderson |
| | Courthouse:   St. Paul |
| | Courtroom:   7C |
| | Time Commenced:   1:38 PM |
| | Time Concluded:   4:21 PM |
| | Sealed Hearing Time: |
| | Time in Court:   2 Hours & 43 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Manda Sertich, Karen Schommer
    For Defendant:    Manny Atwal, Andrew Mohring   ☒ FPD

☒ **Evidentiary Hearing** (only select if witness list filed)
    Government Witness:  Special Agent Jonathan Duzan

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 120 months | | 20 years | | |

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☐ Restitution in the amount of $.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100.00.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/B. Schaffer
Courtroom Deputy
